UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET NO. 15-091 |
| v. | * | SECTION: "C" |
| ROBERT DURST | * | |

\* \* \*

## UNITED STATES BILL OF PARTICULARS
## FOR FORFEITURE OF PROPERTY

**NOW INTO COURT,** comes the United States of America, by and through the undersigned Assistant United States Attorney, and pursuant to Federal Rule of Criminal Procedure 32.2(a), particularly alleges that the following property is subject to forfeiture on the basis of the forfeiture allegations set forth in the Indictment filed in the above-captioned criminal case:

> Smith and Wesson Model 637, .38 caliber revolver, bearing Serial Number: CVU9125.

Respectfully submitted,

KENNETH ALLEN POLITE, JR.
UNITED STATES ATTORNEY


/s/ *Michael B. Redmann*
MICHAEL B. REDMANN         (31929)
Assistant United States Attorney
650 Poydras Street, Suite 1600
New Orleans, LA   70130
Telephone: (504) 680-3065
Michael.Redmann@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing pleading has been served in accordance with the Court's ECF Rules on December 17th, 2015.

/s/ *Michael B. Redmann*
MICHAEL B. REDMANN
Assistant United States Attorney